## John P. WARD
v.
## JOS. SCHLITZ BREWING COMPANY.
No. 5834.

United States Court of Appeals
Tenth Circuit.
Sept. 4, 1958.

Thomas M. VanCleave, Jr., and James J. Lysaught, Kansas City, Kan., for appellant.

James C. Logan and Louis L. Poplinger, Kansas City, Mo., F. H. Parson, Milwaukee, Wis., and A. C. Cooke, Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.
Appeal dismissed pursuant to stipulation of the parties.

## Berlin Acey ODOM
v.
## Nevell KERR, Sheriff of Muskogee County, Muskogee, Oklahoma, et al.
No. 5941.

United States Court of Appeals
Tenth Circuit.
Sept. 5, 1958.

Nicholas Makris, Denver, Colo., for appellant.

Joe Cannon, Jess Leeds and Sam Caldwell, Muskogee, Okl., for appellees.

Before MURRAH, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.
Affirmed without written opinion.

## Larry Thomas JAMISON
v.
## C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
No. 5905.

United States Court of Appeals
Tenth Circuit.
Sept. 5, 1958.

Claude F. Cooper, Blytheville, Ark., for appellant.

William C. Farmer, U. S. Atty., and E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.
Affirmed without written opinion.

## Bert S. HANNI
v.
## C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.
No. 5908.

United States Court of Appeals
Tenth Circuit.
Sept. 6, 1958.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.
Affirmed without written opinion.